# Third District Court of Appeal

## State of Florida

Opinion filed November 10, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-467
Lower Tribunal No. 08-3213CC
_____

## Marlene Quintero n/k/a Marlene Dorta,
Appellant,

vs.

## Park Finance of Broward, Inc.,
Appellee.

An Appeal from the County Court for Miami-Dade County, Milena Abreu, Judge.

Marlene Dorta, in proper person.

Torres Law Offices, and Ronald R. Torres (Weston), for appellee.

Before SCALES, HENDON, and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Morburger v. Yellow Funding Corp.</u>, 3D21-318, 3D21-881, 2021 WL 4978614, *1 (Fla. 3d DCA Oct. 27, 2020); <u>New Life Rehab Med. Ctr. v. Mercury Ins. Co. of Fla.</u>, No. 3D21-112, 2021 WL 3745213 (Fla. 3d DCA Aug. 25, 2021); <u>Hock v. Triad Guaranty Ins. Corp.</u>, 292 So. 3d 37, 39 (Fla. 2d DCA 2020).